IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                                    PLAINTIFF

v.                              No. 5:14-cv-83-DPM-JTK

RAY HOBBS, Director, ADC; LARRY
MAY, ADC; C. MIENZER, Warden; and
M. JACKSON, Warden                                                          DEFENDANTS

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to Advisory Committee Notes). Caradine is a three-striker. His motions for order, № 3 & 5, his motion to proceed *in forma pauperis*, № 9, and his motion for preliminary injunction, № 4, are all denied as moot. His complaint, № 1, is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 April 2014