IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                              PLAINTIFF

v.                             No. 5:14-cv-83-DPM

RAY HOBBS, Director, ADC; LARRY
MAY, ADC; C. MIENZER, Warden; and
M. JACKSON, Warden                                                      DEFENDANTS

## JUDGMENT

Caradine's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 April 2014